**Order filed May 20, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00223-CV

_____

## IN THE INTEREST OF D.C., A MINOR CHILD

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2012-05172J**

## ORDER

On May 13, 2014, this court abated this appeal at the request of both appellant's counsel and the attorney for the child for the appointment of counsel to represent appellant on appeal. Despite counsel's representation to this court that appellant is indigent, this court has been informed that appellant has not filed an affidavit of indigence and she has not been determined to be indigent and entitled to appointed counsel. Accordingly, we **WITHDRAW** this court's May 13, 2104 abatement order.

PER CURIAM